Submitted on record and briefs May 1, reversed and remanded June 26, 2003

# FRANK E. VOTH,
*Appellant,*

*v.*

# STATE OF OREGON,
*Respondent.*

02C11293; A118554

71 P3d 552

■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■

Frank E. Voth filed the briefs *pro se.*

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jas. Jeffrey Adams, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *Voth v. Smith,* 188 Or App 59, 69 P3d 1274 (2003).